# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL J. ORTIZ-MEDINA,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-2133 |
| v. | : | |
| | : | (Judge Rambo) |
| **E. BRADLEY,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 12th day of March 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Court's February 26, 2020 Order dismissing the above-captioned case for failure to prosecute (Doc. No. 11) is **VACATED**;

2. The amended complaint (Doc. No. 12) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff may not file a second amended complaint in this matter; and

3. The above-captioned case shall remain **CLOSED**.

s/ Sylvia H. Rambo
United States District Judge